IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONIA AND ELY TANGONAN,

    Plaintiffs,

  v.

WELLS FARGO BANK N.A *et al.*,

    Defendant.

No. C 17-02707 WHA

**ORDER TO SHOW CAUSE**

On March 27, 2017, plaintiffs Sonia and Ely Tangonan commenced an action against defendants in the Superior Court of California for the County of San Mateo seeking to quiet title, and seeking certain damages in connection with the impending foreclosure of their home. On May 10, defendants removed the action to the United States District Court for the Northern District of California, and the case was assigned to Magistrate Judge Maria-Elena James. On May 16, defendants filed a motion to dismiss plaintiffs' complaint in its entirety. That motion was served on plaintiffs, and plaintiffs were given until May 30 to file a response.

On May 23, plaintiffs declined to proceed before a magistrate judge, and the following day the case was reassigned to the undersigned judge. All briefing deadlines remained the same. Defendants served notice of the reassignment on plaintiffs on May 25. To date, plaintiffs have not filed a response to defendants' motion to dismiss.

Plaintiffs shall file a response to the motion to dismiss by **JUNE 21**. If they fail to do so, their complaint will be **DISMISSED**. Plaintiffs shall appear in courtroom 8 on the 19th floor of

450 Golden Gate Ave., San Francisco on **July 13 at 8:00 A.M.** and **SHOW CAUSE** why their complaint should not be dismissed.

**IT IS SO ORDERED.**

Dated: June 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE