IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONIA AND ELY TANGONAN,

    Plaintiffs,

  v.

WELLS FARGO BANK N.A.; WORLD SAVINGS, FSB; BARRETT, DAFFIN, FRAPPER, TREDER & WEISS, LLP; and DOES 1 through 50, inclusive,

    Defendants.

No. C 17-02707 WHA

**ORDER DENYING MOTION TO REMAND AND STAYING ACTION**

At oral argument, counsel for plaintiffs stated that the only reason plaintiffs joined Barrett to this action was because it filed a notice of default. Barrett, the only non-diverse party, was therefore fraudulently joined and diversity jurisdiction is proper. For the reasons stated on the record, plaintiffs' motion to remand is **DENIED**.

This action is **HELD IN ABEYANCE**, pending resolution of a parallel proceeding in bankruptcy court, *Tangonan v. Wells Fargo Bank, N.A.*, No. 17-03042 (Hannah L. Blumenstiel). A case management conference is set for **THURSDAY, SEPTEMBER, 14, AT 11 A.M.** Please file a joint case management statement at least seven days in advance.

**IT IS SO ORDERED.**

Dated: July 17, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE