# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SONIA P. TANGONAN; and ELY S. TANGONAN, <br><br>Plaintiffs, <br><br>vs. <br><br>WELLS FARGO BANK, N.A.; WORLD SAVINGS, FSB; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, a Limited Liability Partnership; and DOES 1 through 50, inclusive, <br><br>Defendants. | CASE NO.: 3:17-CV-02707-WHA <br><br>[The Hon. William H. Alsup] <br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of details provided in the joint status report submitted by the parties and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. The Case Management Conference presently on calendar for September 12, 2017 is CONTINUED to November __2__, 2017 at __11:00__ a.m. in the above-entitled Court;

2. The parties shall file a joint status report at least seven (7) days prior to the Case Management Conference, providing the Court with an update concerning the latest

developments in the related adversary action, *Tangonan v. Wells Fargo Bank, N.A.*, Case No. 17-03042. (Hon. Hannah L. Blumenstiel.)

Dated: September 11, 2017.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE