IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONIA AND ELY TANGONAN,

    Plaintiffs,

    v.

WELLS FARGO BANK N.A.; WORLD SAVINGS, FSB; BARRETT, DAFFIN, FRAPPER, TREDER & WEISS, LLP; and DOES 1 through 50, inclusive,

    Defendants.

No. C 17-02707 WHA

**ORDER SETTING HEARING ON MOTION TO DISMISS**

This action was stayed pending resolution of a parallel proceeding in bankruptcy court, *Tangonan v. Wells Fargo Bank, N.A.*, No. 17-03042 (Judge Hannah Blumenstiel). On October 31, the parties filed a joint status report explaining that the bankruptcy action has been finally resolved (Dkt. No. 36 at 2). The parties request defendants' motion to dismiss, which is fully briefed, be placed back on calendar, and the case management conference scheduled for November 9 be set on the same day as the hearing on the motion to dismiss.

The temporary stay is hereby lifted. Defendants' motion to dismiss is set for hearing **AT 8:00 A.M. ON NOVEMBER 30** in Courtroom 12 on the 19th Floor of 450 Golden Gate Avenue, San Francisco. The case management conference is continued to the same date and time.

**IT IS SO ORDERED.**

Dated: November 3, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE