IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONIA AND ELY TANGONAN,

    Plaintiffs,

  v.

WELLS FARGO BANK N.A. *et al.*,

    Defendants.

No. C 17-02707 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action in its entirety, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Wells Fargo Bank, N.A., World Savings Bank FSB, and Barrett Daffin Frappier Treder & Weiss LLP, and against plaintiffs Sonia Tangonan and Ely Tangonan. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE